MotleyRice®
LLC
ATTORNEYS AT LAW
www.motleyrice.com
"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000   **f.** 843.216.9450

**Lisa M. Saltzburg**
*Licensed in CO, SC*
direct: 843.216.9630
lsaltzburg@motleyrice.com

March 14, 2019

Mr. John M. Domurad, Clerk
Ms. Kathy Rogers, Case Processing Specialist
U.S. District Court
N.D. New York
Jame T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany, NY 12207-2936
(518) 257-1800

**RE:** *The County of Albany, New York vs. Cardinal Health, Inc., et al.*, NYND CASE NO.
**1:19-CV-273 (DNH/CFH)**

Dear Sir or Madam:

I am writing in response to your letter of February 28, 2019, directing Joseph F. Rice,
Linda Singer, Elizabeth Smith, and Lisa Saltzburg to advise the Court in writing, if they will
remain counsel of record.  Each of these four attorneys intends to remain counsel of record.  On
March 5, 2019, Defendant Cardinal Health, Inc. filed a "Notice of Potential Tag-Along Actions,"
which included the above captioned case with the Judicial Panel on Multi-District Litigation
("JPMDL").  On March 13, 2019, the JPML issued a Conditional Transfer Order ("CTO"),
directing that this case be transferred to *In re: National Prescription Opiate Litig.*, Case No.
1:17-MD-2804 (DAP) (N.D. Ohio) (the "MDL") pending in the Northern District of Ohio.
Although the transfer does not take effect until 7-days after the CTO issues, we have no reason to
believe it will not become final.

Given that it is unlikely that the case will proceed in New York Northern District in the
near term, it may be more efficient for the parties and Court for us not to file pro hac *vice
motions* at this time. If the case is remanded to this Court, then Mr. Rice, Ms. Singer, Ms. Smith,
and Ms. Saltzburg intend to proceed with formal admission *pro hac* vice.

Very Truly Yours,

*/s/ Lisa Saltzburg*

Lisa Saltzburg

MotleyRice®
ATTORNEYS AT LAW
LLC

March 14, 2019
Re: *The County of Albany, New York vs. Cardinal Health, Inc., et al.*, NYND CASE NO. 1:19-CV-273 (DNH/CFH)
Page 2

Encs.

cc: Donald A. Migliori, Esq.

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION**                                                        MDL No. 2804

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −84)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for
the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,328 additional action(s)
have been transferred to the Northern District of Ohio. With the consent of that court, all such
actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Northern District of Ohio and assigned to Judge
Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the
Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the
consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be
stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

## SCHEDULE CTO−84 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 19−00420 | The City of San Diego et al v. Purdue Pharma L.P. et al |
| **MAINE** | | | |
| ME | 1 | 19−00096 | KENNEBEC COUNTY v. PURDUE PHARMA LP et al |
| ME | 2 | 19−00092 | CITY OF BIDDEFORD v. PURDUE PHARMA LP et al |
| ME | 2 | 19−00093 | CUMBERLAND COUNTY v. PURDUE PHARMA LP et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 18−12538 | Blue Cross and Blue Shield of Louisiana et al v. Insys Therapeutics, Inc. et al |
| MA | 1 | 19−10398 | City of Beverly v. Amerisourcebergen Drug Corporation et al |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 1 | 19−00044 | Chickasaw County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 1 | 19−00045 | Lee County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 1 | 19−00046 | City of Starkville, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 1 | 19−00047 | City of Shannon, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 1 | 19−00048 | City of Verona, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 1 | 19−00050 | City of Nettleton, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 3 | 19−00042 | Yalobusha County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 3 | 19−00044 | Tate County, Mississippi v. Amerisourcebergen Drug Corporation et al |

| | | | |
|------|---|----------|---------------------------------------------------------------------|
| MSN | 3 | 19−00045 | Panola County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 4 | 19−00034 | Carroll County, Mississippi v. Amerisourcebergen Drug Corporation et al |

MISSISSIPPI SOUTHERN

| | | | |
|------|---|----------|---------------------------------------------------------------------|
| MSS | 1 | 19−00120 | George County, Mississippi v. Amerisourcebergen Drug Corporation et al |

NEW YORK NORTHERN

| | | | |
|------|---|----------|---------------------------------------------------------------------|
| NYN | 1 | 19−00273 | The County of Albany, New York v. Cardinal Health, Inc. et al |